# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Ryan Patrick McGuire           CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-12500 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series MO 2006-HE6, Asset Backed Pass-Through Certificates, Series MO 2006-HE6 and index same on the master mailing list.

                                 Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
10 Mar 2023, 16:05:39, EST

                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 627-1322

Document ID: 16fce8338e721467a27f5c8118521532cce6d1ed4c5dd5db99a99169200fd624