IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| RYAN McGUIRE | : | NO.   22-12500-MDC |
| Debtor | : | |

## PRAECIPE TO WITHDRAW THE PETITION

1) Kindly withdraw the 3rd Amended Chapter 13 filed by the Debtor on 3/22/2023.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated:  3/22/2023