United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-12500-mdc

Ryan Patrick McGuire     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Mar 24, 2023     Form ID: 155     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan Patrick McGuire, 2412 Memphis Street, Philadelphia, PA 19125-2114 |
| 14722335 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14737502 | + | U.S. Bank National Association, as Trustee, c/o Roger Fay, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14738881 | + | U.S. Bank National Association, as Trustee for, Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14722328 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 25 2023 00:13:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14723092 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 25 2023 00:19:31 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14737947 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 25 2023 00:19:31 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14722338 | | Email/Text: megan.harper@phila.gov | Mar 25 2023 00:13:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14722329 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 25 2023 00:13:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14722330 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2023 00:19:33 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14722331 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 25 2023 00:13:00 | Eos Cca, Attn: Bankruptcy, P.O. Box 329, Norwell, MA 02061-0329 |
| 14723878 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2023 00:19:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14722332 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2023 00:13:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14722334 | | Email/Text: bankruptcygroup@peco-energy.com | Mar 25 2023 00:13:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14729775 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 25 2023 00:13:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14722333 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2023 00:13:00 | Pa. Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14723621 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2023 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA |

| | | | | |
|---|---|---|---|---|
| 14728956 | + | Email/Text: RASEBN@raslg.com | Mar 25 2023 00:13:00 | 17128-0946<br>U.S. Bank National Association, c/o Charles Wohlrab, Esquire, Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 14765986 | ^ | MEBN | Mar 25 2023 00:09:24 | U.S. Bank National Association, as Trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14722337 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 25 2023 00:13:00 | Verizon Fios, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 14722336 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 25 2023 00:13:00 | Verizon Fios, PO BOX 4846, Trenton, NJ 08650-4846 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2023                                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:

**Name**  **Email Address**

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com

DAVID M. OFFEN
    on behalf of Debtor Ryan Patrick McGuire dmo160west@gmail.com
    davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor U.S. Bank National Association  as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series MO 2006-HE6, Asset Backed Pass-Through Certificates, Series MO 2006-HE6 mfarrington@kmllawgroup.com

ROGER FAY
    on behalf of Creditor U.S. Bank National Association  as Trustee rfay@milsteadlaw.com, bkecf@milsteadlaw.com

ROGER FAY
    on behalf of U.S. Trustee United States Trustee rfay@milsteadlaw.com  bkecf@milsteadlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ryan Patrick McGuire
       Debtor(s)

Chapter: 13

Bankruptcy No: 22−12500−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 23, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Magdeline D. Coleman
                                                Chief Judge ,
                                                United States Bankruptcy Court

                                                                41
                                                            Form 155