# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Ryan Patrick McGuire,<br>        Debtor. | Chapter 13 |
| U.S. Bank National Association, as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series MO 2006-HE6, Asset Backed Pass-Through Certificates, Series MO 2006-HE6,<br>        Secured Creditor,<br>vs.<br>Ryan Patrick McGuire,<br>        Debtor / Respondent,<br>and<br>Jennifer Newton,<br>        Respondent,<br>and<br>KENNETH E. WEST,<br>        Trustee / Respondent. | Case No.: 22-12500-mdc |

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY
## AND 11 U.S.C. § 1301(c) AS TO CO-DEBTOR STAY

AND NOW, this __11th__ day of __May__, 2023, it is hereby

**ORDERED** that U.S. Bank National Association, as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series MO 2006-HE6, Asset Backed Pass-Through Certificates, Series MO 2006-HE6 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Ryan Patrick McGuire, and under 11 U.S.C. § 1301(c) as to Co-Debtor, Jennifer Newton, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 2412 Memphis Street, Philadelphia, PA 19125;

**ORDERED** that Movant shall be permitted to communicate with the Debtor, Co-Debtor, and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

BY THE COURT:

_Magdeline D. Coleman_
_____
Hon. Magdeline D. Coleman, U.S.B.J.

cc:    Roger Fay, Esquire
        DAVID M. OFFEN, Esquire
        KENNETH E. WEST, Trustee
        Ryan Patrick McGuire
        Jennifer Newton