United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-12500-mdc

Ryan Patrick McGuire     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 11, 2023 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan Patrick McGuire, 2412 Memphis Street, Philadelphia, PA 19125-2114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 11 2023 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 11 2023 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 12 2023 00:02:52 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | May 11 2023 23:58:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2023      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 11, 2023 | Form ID: pdf900 | Total Noticed: 5 |

**Name**     **Email Address**

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com

DAVID M. OFFEN
    on behalf of Debtor Ryan Patrick McGuire dmo160west@gmail.com
    davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor U.S. Bank National Association  as Trustee for Asset Backed Securities Corporation Home Equity Loan
    Trust, Series MO 2006-HE6, Asset Backed Pass-Through Certificates, Series MO 2006-HE6 mfarrington@kmllawgroup.com

ROGER FAY
    on behalf of U.S. Trustee United States Trustee rfay@milsteadlaw.com  bkecf@milsteadlaw.com

ROGER FAY
    on behalf of Creditor U.S. Bank National Association  as Trustee rfay@milsteadlaw.com, bkecf@milsteadlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Ryan Patrick McGuire,<br>        Debtor. | Chapter 13 |
| U.S. Bank National Association, as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series MO 2006-HE6, Asset Backed Pass-Through Certificates, Series MO 2006-HE6,<br>        Secured Creditor,<br>vs.<br>Ryan Patrick McGuire,<br>        Debtor / Respondent,<br>and<br>Jennifer Newton,<br>        Respondent,<br>and<br>KENNETH E. WEST,<br>        Trustee / Respondent. | Case No.: 22-12500-mdc |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY
AND 11 U.S.C. § 1301(c) AS TO CO-DEBTOR STAY**

AND NOW, this __11th__ day of __May_____, 2023, it is hereby

**ORDERED** that U.S. Bank National Association, as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series MO 2006-HE6, Asset Backed Pass-Through Certificates, Series MO 2006-HE6 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Ryan Patrick McGuire, and under 11 U.S.C. § 1301(c) as to Co-Debtor, Jennifer Newton, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 2412 Memphis Street, Philadelphia, PA 19125;

**ORDERED** that Movant shall be permitted to communicate with the Debtor, Co-Debtor, and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

BY THE COURT:

_____
Hon. Magdeline D. Coleman, U.S.B.J.

cc:    Roger Fay, Esquire
        DAVID M. OFFEN, Esquire
        KENNETH E. WEST, Trustee
        Ryan Patrick McGuire
        Jennifer Newton