IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Ryan Patrick McGuire | : | 22-12500-amc |
| Debtor | : | |

ORDER

AND NOW, this 16th day of August, 2024, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the Debtor's confirmed plan is modified and the modified plan filed as a proposed modified plan on the docket shall be the new plan.

HONORABLE ASHELY M. CHAN
CHIEF UNITED STATES BANKRUPTCY JUDGE