IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        Chapter 13

Ryan Patrick McGuire                      :        Case No. 22-12500-amc
xxx-xx-6122

Debtor

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

The future earnings of the above named Debtor is subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

IT IS THEREFORE ORDERED that the Employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of

**$88.50 EVERY WEEK.**

The Employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

All prior Wages Orders are TERMINATED.

Date: Aug. 23, 2024                       HONORABLE ASHELY M. CHAN
                                          CHIEF UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:                   David M. Offen Esquire
Kenneth E. West, Trustee                  The Curtis Center
P.O. Box 1799                             601 Walnut Street, Suite 160 West
Memphis, TN  38101-1799                   Philadelphia, PA 19106
                                          (215) 625-9600


Payroll Controller
Rich Products Corporation
One Robert Rich Way
Buffalo, NY 14213