```
                IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In Re:   Ryan Patrick McGuire    )  Chapter 13
         Debtor(s)               )
                                 )  22-12500-amc
                                 )
                                 )
```

CERTIFICATION OF NO RESPONSE TO
SUPPLEMENTAL APPLICATION FOR COMPENSATION OF ATTORNEY FEES

   I hereby certify that I have received no Answer, Objection or other responsive pleading to the Supplemental Application for Compensation of Attorney Fees and respectfully request that the Order attached to the Application be approved.

```
Dated:   April 21, 2025       /s/ David M. Offen
                              David M. Offen, Esquire
                              Attorney for Debtor(s)
                              The Curtis Center
                              601 Walnut Street, Suite 160 West
                              Philadelphia, PA 19106
                              215-625-9600
                              info@offenlaw.com
```