United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Ryan Patrick McGuire

     Debtor

Case No. 22-12500-djb

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2

Date Rcvd: Jun 23, 2026

User: admin

Form ID: 138OBJ

Page 1 of 3

Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Ryan Patrick McGuire, 2412 Memphis Street, Philadelphia, PA 19125-2114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Jun 24 2026 00:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14723092 | | Email/Text: ally@ebn.phinsolutions.com | Jun 24 2026 00:35:00 | Ally Bank, Payment Processing Center, PO Box 660618, Dallas, TX 75266-0618 |
| 14722328 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 24 2026 00:35:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14737947 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 24 2026 00:40:27 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14722338 | | Email/Text: megan.harper@phila.gov | Jun 24 2026 00:35:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14722329 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 24 2026 00:35:30 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14722330 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 24 2026 00:40:26 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14722331 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 24 2026 00:35:00 | Eos Cca, Attn: Bankruptcy, P.O. Box 329, Norwell, MA 02061-0329 |
| 14723878 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2026 00:40:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14722332 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 24 2026 00:35:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14722334 | | Email/Text: bankruptcygroup@peco-energy.com | Jun 24 2026 00:35:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14729775 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 24 2026 00:35:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14722335 | ^ | MEBN | Jun 24 2026 00:34:42 | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14722333 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2026 00:35:00 | Pa. Department of Revenue, Bankruptcy Division, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2026 | Form ID: 138OBJ | Total Noticed: 21 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14723621 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
|  |  | Jun 24 2026 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14728956 | + Email/Text: RASEBN@raslg.com | | |
|  |  | Jun 24 2026 00:35:00 | U.S. Bank National Association, c/o Charles Wohlrab, Esquire, Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 14765986 | ^ MEBN | | |
|  |  | Jun 24 2026 00:34:40 | U.S. Bank National Association, as Trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14738881 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
|  |  | Jun 24 2026 00:35:00 | U.S. Bank National Association, as Trustee for, Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 14722337 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
|  |  | Jun 24 2026 00:35:00 | Verizon Fios, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 14722336 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
|  |  | Jun 24 2026 00:35:00 | Verizon Fios, PO BOX 4846, Trenton, NJ 08650-4846 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14737502 | ##+ | U.S. Bank National Association, as Trustee, c/o Roger Fay, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026                    Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | |
| | on behalf of Debtor Ryan Patrick McGuire ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series MO 2006-HE6, Asset Backed Pass-Through Certificates, Series MO 2006-HE6 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |

District/off: 0313-2                                    User: admin                                    Page 3 of 3
Date Rcvd: Jun 23, 2026                          Form ID: 138OBJ                          Total Noticed: 21

MICHELLE L. MCGOWAN
                    on behalf of Creditor U.S. Bank National Association mimcgowan@raslg.com

ROGER FAY
                    on behalf of Creditor U.S. Bank National Association  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

ROGER FAY
                    on behalf of U.S. Trustee United States Trustee rfay@alaw.net  bkecf@milsteadlaw.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*Form 138OBJ* (6/24)–doc 73 – 72

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           )
    Ryan Patrick McGuire          )        Case No. 22–12500–djb
                           )
                           )
    Debtor(s).                    )        Chapter: 13
                           )
                           )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 23, 2026                                     For The Court

                                                   Mohung Wong
                                                   Clerk of Court