United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 22-12500-djb

Ryan Patrick McGuire                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: 3180W | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ryan Patrick McGuire, 2412 Memphis Street, Philadelphia, PA 19125-2114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + Email/Text: RASEBN@raslg.com | Jul 16 2026 02:00:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14723092 | EDI: GMACFS.COM | Jul 16 2026 05:51:00 | Ally Bank, Payment Processing Center, PO Box 660618, Dallas, TX 75266-0618 |
| 14722328 | + EDI: GMACFS.COM | Jul 16 2026 05:51:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14737947 | + EDI: AISACG.COM | Jul 16 2026 05:51:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14722338 | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14722329 | + Email/Text: caineweiner@ebn.phinsolutions.com | Jul 16 2026 02:00:36 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14722330 | + EDI: CAPITALONE.COM | Jul 16 2026 05:51:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14722331 | + Email/Text: bankruptcydepartment@tsico.com | Jul 16 2026 02:01:00 | Eos Cca, Attn: Bankruptcy, P.O. Box 329, Norwell, MA 02061-0329 |
| 14723878 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 02:07:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14722332 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 16 2026 02:00:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14722334 | Email/Text: bankruptcygroup@peco-energy.com | Jul 16 2026 02:00:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14729775 | + Email/Text: bankruptcygroup@peco-energy.com | Jul 16 2026 02:00:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14722335 | ^ MEBN | | |

District/off: 0313-2    User: admin    Page 2 of 3

Date Rcvd: Jul 15, 2026    Form ID: 3180W    Total Noticed: 22

| | | | Jul 16 2026 01:57:41 | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14722333 | + | EDI: PENNDEPTREV | | |
| | | | Jul 16 2026 05:51:00 | Pa. Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14723621 | | EDI: PENNDEPTREV | | |
| | | | Jul 16 2026 05:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14728956 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jul 16 2026 02:00:00 | U.S. Bank National Association, c/o Charles Wohlrab, Esquire, Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 14765986 | ^ | MEBN | | |
| | | | Jul 16 2026 01:57:57 | U.S. Bank National Association, as Trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14738881 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jul 16 2026 02:00:00 | U.S. Bank National Association, as Trustee for, Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 14722337 | + | EDI: VERIZONCOMB.COM | | |
| | | | Jul 16 2026 05:51:00 | Verizon Fios, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 14722336 | + | EDI: VERIZONCOMB.COM | | |
| | | | Jul 16 2026 05:51:00 | Verizon Fios, PO BOX 4846, Trenton, NJ 08650-4846 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14737502 | ##+ | U.S. Bank National Association, as Trustee, c/o Roger Fay, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Ryan Patrick McGuire ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | |

District/off: 0313-2                         User: admin                                Page 3 of 3
Date Rcvd: Jul 15, 2026                      Form ID: 3180W                              Total Noticed: 22

                        ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL

                        on behalf of Creditor U.S. Bank National Association  as Trustee for Asset Backed Securities Corporation Home Equity Loan
Trust, Series MO 2006-HE6, Asset Backed Pass-Through Certificates, Series MO 2006-HE6 bkgroup@kmllawgroup.com,
matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN

                        on behalf of Creditor U.S. Bank National Association mimcgowan@raslg.com

ROGER FAY

                        on behalf of Creditor U.S. Bank National Association  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

ROGER FAY

                        on behalf of U.S. Trustee United States Trustee rfay@alaw.net  bkecf@milsteadlaw.com

United States Trustee

                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ryan Patrick McGuire | Social Security number or ITIN   xxx–xx–6122 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   22–12500–djb

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ryan Patrick McGuire

7/14/26

**By the court:** Derek J Baker
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W

**Chapter 13 Discharge**

page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**